UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: )
)
GRAND JURY PROCEEDINGS ) MBD-05-10206-MBB
)
) <u>Under Seal</u>
)

## MOTION TO SEAL

The United States hereby respectfully moves the Court to seal the Government's Application for Material Witness Warrants, the Affidavit of Michael Burnett, and this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing grand jury investigation of this case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JONATHAN F. MITCHELL
Assistant U.S. Attorney

May 19, 2005. Allowed. Marianne B. Bowler, USMJ