AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

MAURICE L.G. CORREIA

**WARRANT FOR ARREST**

CASE NUMBER: MBD-05-10206-MBB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **MAURICE L.G. CORREIA**
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
As a Material Witness in a Grand Jury Proceeding

in violation of Title __18__ United States Code, Section(s) __3144__

| Honorable Marianne B. Bowler | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Marianne B. Bowler USMJ | May 19, 2005 @ Boston, MA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.