AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

AMAN R. MAHANA

**WARRANT FOR ARREST**

CASE NUMBER: MBD- 05-10206-MBB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___AMAN R. MAHANA___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
As a Material Witness in a Grand Jury Proceeding

in violation of Title ___18___ United States Code, Section(s) ___3144___

Honorable Marianne B. Bowler
Name of Issuing Officer

Marianne B. Bowler, USMJ
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

May 19, 2005 @ Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.