AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

MENON M. SIVADAS

**WARRANT FOR ARREST**

CASE NUMBER: MBD 05-10206-MBB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___ MENON M. SIVADAS ___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
As a Material Witness in a Grand Jury Proceeding

in violation of Title __18__ United States Code, Section(s) __3144__

Honorable Marianne B. Bowler
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

_Marianne B. Bowler, USMJ_
Signature of Issuing Officer

May 19, 2005 @ Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.