AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

## APPEARANCE

Case Number:  MBD# 05-10206-MBB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JAGDISH CHAND

\* MATERIAL WITNESS
PROCEEDING PURPOSES

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5-20-05 | |
| Date | Signature |
| | FRANK A. LIBBY JR    299100 |
| | Print Name    Bar Number |
| | KELLY LIBBY + HOOPES P.C. |
| | Address |
| | BOSTON MA    02110 |
| | City    State    Zip Code |
| | 617/338-9300    X 9911 |
| | Phone Number    Fax Number |