AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS

### APPEARANCE

Case Number: MBD# 05-10206-MBB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case* for

RAJ RAJESH FERNANDO

\* MATERIAL WITNESS PROCEEDINGS

I certify that I am admitted to practice in this court.

| | |
|---|---|
| Date: 5-20-05 | Signature: [signed] |
| | Print Name: Frank A. Libby, Jr.    Bar Number: 299100 |
| | Address: Kelly, Libby & Hoopes P.C. |
| | City: Boston    State: MA    Zip Code: 02110 |
| | Phone Number: 617/338-9300    Fax Number: x9911 |