AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

## APPEARANCE

Case Number:  MBD# 05-10206-MBB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case* for

MENOM SIVIDAS

\* MATERIAL WITNESS
PROCEEDING PURPOSES

I certify that I am admitted to practice in this court.

Date: 5-20-05

Signature: [signed]

Print Name: Frank A. Libby JR      Bar Number: 299100

Address: Kelly Libby & Hoopes PC

City: Boston    State: MA    Zip Code: 02110

Phone Number: 617/338-9300    Fax Number: x9911