AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

**APPEARANCE**

Case Number: MBD# 05-10206-MBB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case* for

MENOM SIVIDAS

\* MATERIAL WITNESS PROCEEDING PURPOSES

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5-20-05 | [Signature] |
| Date | Signature |
| | Frank A. Libby JR    299100 |
| | Print Name          Bar Number |
| | Kelly Libby & Hoopes PC |
| | Address |
| | Boston    MA    02110 |
| | City    State    Zip Code |
| | 617/338-9300    x9911 |
| | Phone Number        Fax Number |