AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____MASSACHUSETTS_____

## APPEARANCE

Case Number: MBD# 05-10206-MBB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for *

ANKUR SRIVASTAV

\* MATERIAL WITNESS PROCEEDING PURPOSES

I certify that I am admitted to practice in this court.

5-20-05
Date

Signature

Print Name: Frank Libby    Bar Number: 298100

Address: Kelly Libby & Hoopes PC

City: Boston    State: MA    Zip Code: 02110

Phone Number: 617-338-9300    Fax Number: x9911