AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

**APPEARANCE**

Case Number:  MBD# 05-10206-MBB

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this* case for

MAURICE CORREIA

\* MATERIAL WITNESS PROCEEDING

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5-20-05 | [signature] |
| Date | Signature |
| | Frank A. Libby, Jr.   299100 |
| | Print Name   Bar Number |
| | Kelly Libby & Hoopes P.C. |
| | Address |
| | Boston   MA   02110 |
| | City   State   Zip Code |
| | (617) 338-9300   x7911 |
| | Phone Number   Fax Number |