AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____MASSACHUSETTS_____

## APPEARANCE

Case Number: MBD# 05-10206-MBB

FILED
In Open Court
USDC, Mass.
Date 5/20/05
By _____ 1:10 PM
Deputy Clerk

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

AMAN MAHANA (For Limited purpose of Material Witness warrant)

I certify that I am admitted to practice in this court.

5/20/05
Date

Signature

James B. Re    413300
Print Name         Bar Number

Address: Sally & Fitch LLP, 225 Franklin St

City: Boston    State: MA    Zip Code: 02110

Phone Number: 617-542-5542    Fax Number: 617-542-1542