AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

## APPEARANCE

Case Number: MBD# 05-10206-MBB

FILED
In Open Court
SDC Mass
Date 5/30/05  1:10 pm
Deputy Clerk

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Mani Singh for purposes of the material witness warrant

I certify that I am admitted to practice in this court.

May 20, 2005
Date

Signature

Joshua Levy     563-017
Print Name     Bar Number

Ropes & Gray
Address

Boston     MA     02110
City     State     Zip Code

617-951-7281     617-951-7050
Phone Number     Fax Number