UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE GRAND JURY SUBPOENA<br>PROCEEDING v. CORREIA, et al | )<br>)<br>)<br>)<br>) Docket No. 05-MC-10206-MBB<br>) |

## ASSENTED-TO MOTION FOR MODIFICATION OF RELEASE CONDITIONS

The material witnesses in the above-captioned matter (the "Witnesses"), identified in the attached Pretrial Services Memorandum, dated May 20, 2005, hereby move the Court to modify the conditions of their release.

The Witnesses currently are being housed at the Holiday Inn at 225 McClellan Highway, Boston. The Witnesses respectfully request that they be relocated to the Mariners House at 11 North Square, Boston. The Mariners House will provide the Witnesses with more suitable lodging and will provide them with easier access to counsel. All other conditions of release will remain in place. If this Motion is granted, the Witnesses will be relocated on Wednesday, May 25, 2005.

Pretrial Services has no objection to this Motion. The United States Attorney's Office has assented to it.

WHEREFORE, the Witnesses respectfully request that this Motion be granted.

Respectfully submitted,

Maurice Correia
Joe Cherian
Jagdish Chand
Raj Rajesh Fernando
Ranjish Mukulam
Menom M. Sivadas
Ankur Srivastav

By their attorneys,

/s/ Douglas S. Brooks
Frank A. Libby, Jr. (BBO No. 299110)
Douglas S. Brooks (BBO No. 636697)
KELLY, LIBBY & HOOPES, P.C.
175 Federal Street
Boston, MA 02110
(617) 338-9300

Aman R. Mahana

By his attorneys,

/s/ James B. Re
Peter E. Ball
James B. Re
SALLY & FITCH LLP
225 Franklin Street
Boston, MA 02110
(617) 542-5542

Mani Singh,

By his attorney,

/s/ Joshua S. Levy
Joshua S. Levy
ROPES & GRAY LLP
1 International Place
Boston, MA 02110
(617) 951-7000

Dated: May 24, 2005

# EXHIBIT A



# MEMORANDUM

**To:** Honorable Marianne B. Bowler, U.S. Magistrate Judge

**From:** David A. Picozzi, U.S. Pretrial Services Officer

**Re:** **MATERIAL WITNESSES (See List)**

**Date:** May 20, 2005

On May 20, 2005 Pretrial Services Officer, David Picozzi and EM Christopher Wylie conducted interviews of the above listed material witnesses. Each individual was represented by counsel throughout the interview process. Due to the extensive number of interviews and time constraints, regretfully we are unable to provide pretrial reports at this time.

After consulting with counsel, Pretrial Services would suggest the following conditions of release be imposed for each individual named in this matter:

Personal Recognizance
Maintain residence as designated by the Court
Report to pretrial services as directed
Surrender all passports and travel documents to Pretrial Services
Travel is restricted to the Metropolitan Boston area
No access to any points of egress (ie. airport terminals, train stations, ports of call)
Notify Pretrial of any new arrests and contacts with law enforcement within 24 hours
Statutory conditions of release

DAP/ls

Reviewed by:

*John R. Riley*
John R. Riley, Chief
U.S. Pretrial Services Officer

## MATERIAL WITNESSES
### In Re Grand Jury Proceeding (M/V MSC Elena)

| Name | Rank | Attorney | Birth Date | Passport or Seaman's Passport No. |
|---|---|---|---|---|
| Maurice Correia | Motorman | Frank Libby | 11/17/1968 | A2877062 |
| Joe Cherian | Wiper | Frank Libby | 10/04/1979 | A9799308 |
| Jagdish Chand | Third Engineer | Frank Libby | 10/25/1963 | A1081043 |
| Raj Rajesh Fernado | Motor Man | Frank Libby | 02/10/1969 | A4001683 |
| Aman R. Mahana | Second Engineer | Peter Ball | 03/08/1976 | E3839434 |
| Ranjish Mukulam | Fourth Engineer | Frank Libby | 05/03/1975 | B0053778 |
| Mani Singh | Chief Engineer | Josh Levy | 06/10/1948 | E4397396 |
| Menom M. Sivadas | Master | Frank Libby | 07/31/1953 | F3368599 |
| Ankur Srivastav | Junior Engineer | Frank Libby | 02/24/1982 | E8349845 |