# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ) | |
| ) | |
| ) | |
| IN RE GRAND JURY SUBPOENA ) | |
| PROCEEDING v. CORREIA et al. ) | |
| ) | Docket No 05-MC-10206-MBB |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

## MANI SINGH'S MOTION FOR MODIFICATION OF RELEASE CONDITIONS

Mani Singh, a material witness in the above-captioned matter, hereby moves the Court for a one-time modification of one of the conditions of his release. As support for this Motion, Mr. Singh states as follows:

1. Since May 20, 2005, Mr. Singh has been detained in the Boston area as a material witness in this investigation. He has fully complied with all terms of his pretrial release conditions.

2. One of those conditions prohibits Mr. Singh from visiting any "train or airport terminals or ports of call." *See* Order Setting Conditions of Release.[1]

3. Undersigned counsel learned yesterday that on July 20, 2005 Mr. Singh's wife will be traveling to Boston and arriving at Logan Airport at approximately 2:15 p.m. Undersigned counsel apologizes to the Court for the short notice on this motion. Mr. Singh would like to accompany the driver who is scheduled to pick up Mr. Singh's wife so that he can meet his wife at the airport. The driver is an individual who has

transported Mr. Singh case back and forth between where he is staying and his attorneys' offices while he been subject to these conditions.

4.  Mr. Singh has surrendered his passport and does not pose any risk of flight.

5.  Undersigned counsel has discussed this issue with Pretrial Services Officer David Piccozzi, who does not object to this request.

6.  Undersigned counsel has discussed this issue with Department of Justice Trial Attorney Melinda Lawrence, who does not object to this request.

7.  On July 12, 2005, the court granted a similar motion filed by Menom M. Sivadas.

    WHEREFORE, Mr. Singh respectfully requests that this Motion be granted.


                                        By his attorneys,


                                        /s/_____

                                        Joshua S. Levy  (BBO No. 563017)
                                        Tracy E. Brown (BBO No. 660591)
                                        Ropes & Gray LLP
                                        One International Place
                                        Boston, Massachusetts 02110-2624
                                        (617) 951-7000

Dated:  July 20, 2005

---

[1] One May 24, 2005, the Court granted a motion to modify one of the conditions of release listed in the Pretrial Services Memorandum (*i.e.,* since that date, all of the witnesses have been lodged at the Mariners House in Boston).

# Exhibit A

AO 199A (Rev. 6/97) Order Setting Conditions of Release                                Page 1 of _____ Pages

# United States District Court

**DISTRICT OF** _Massachusetts_

UNITED STATES OF AMERICA

V.

_Mani Singh_
Defendant

## ORDER SETTING CONDITIONS
## OF RELEASE

Case Number: _MBD 05-10206 MBB_

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified)_____

    Place

_____ on _____

    Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of

_____ dollars ($_____)
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

WHITE COPY — COURT    YELLOW — DEFENDANT    GREEN — PRETRIAL SERVICES    BLUE — U.S. ATTORNEY    PINK — U.S. MARSHAL

*Mani Singh*

AO199B (Rev.8/97) Additional Conditions of Release                                     Page_____of_____Pages

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(    ) (6)  The defendant is placed in the custody of:
     (Name of person or organization) _____
     (Address) _____ *Holiday Inn, Logan Airport* _____
     (City and state) _____ *Boston MA* _____(Tel. No.)_____
who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____ *Mani Singh* _____
                         Custodian or Proxy

(    ) (7)  The defendant shall:
    (  ) (a)  maintain or actively seek employment.
    (  ) (b)  maintain or commence an educational program.
    (✗) (c)  abide by the following restrictions on his personal associations, place of abode, or travel: *City of Boston. No violation of rain or Airport principles a Falsify Cell*
    (✗) (d)  avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses: *Not to address Case w/ anyone other than counsel*
    (✗) (e)  report on a regular basis to the supervising officer. *Visitation by PTS*
    (  ) (f)  comply with the following curfew: *12:00 A - 6:00 A*
    (  ) (g)  refrain from possessing a firearm, destructive device, or other dangerous weapon.
    (  ) (h)  refrain from excessive use of alcohol.
    (  ) (i)  refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. §802 unless prescribed by a licensed medical practitioner.
    (  ) (j)  undergo medical or psychiatric treatment and/or remain in an institution, as follows:_____
    (  ) (k)  execute a bond or an agreement to forfeit upon failing to appear as required, the following sum of money or designated property_____
    (  ) (l)  post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described money:_____
    (  ) (m)  execute a bail bond with solvent sureties in the amount of $_____
    (  ) (n)  return to custody each (week)day as of_____o'clock after being released each (week)day as of_____o'clock for employment, schooling, or the following limited purpose(s):_____
    (✗) (o)  surrender any passport to _____ *PTS*
    (✗) (p)  obtain no passport.
    (  ) (q)  submit to urine analysis testing upon demand of the supervising officer.
    (  ) (r)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the supervising officer.
    (  ) (s)  submit to an electronic monitoring program as directed by the supervising officer.
    (✗) (t)  *Notify PTS if an arrest w/in 24 hrs.*

WHITE COPY — COURT    YELLOW — DEFENDANT    GREEN — PRETRIAL SERVICES    BLUE — U.S. ATTORNEY    PINK — U.S. MARSHALL

*Mani Singh*

⚲AO 199C    (Rev.12/03)  Advice of Penalties . . .                                    Page_____ of_____ Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

_____
Address

_____
City and State                    Telephone

## Directions to United States Marshal

( ✓ ) The defendant s ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

Date: ____May 20, 2005____          _Marianne B. Bowler, USMJ_
                                        Signature of Judge
                                    MARIANNE B. BOWLER
                                    UNITED STATES MAGISTRATE JUDGE
                                        Name and Title of Judge

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL