UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: GRAND JURY PROCEEDINGS v. CORREIA et. al, | ) ) ) ) ) ) ) No. 05-MC-10206-MBB ) ) ) ) ) ) |

## MOTION TO SEAL

Mr. Mani Singh hereby respectfully moves the Court to seal Mani Singh's Response to Government's Opposition to Motion for Modification of Release Conditions, until further order of this Court. As grounds for this motion, Mr. Singh states that the government has filed a motion to seal these materials.

                                                                                             Respectfully submitted,
                                                                                             Mr. Mani Singh,
                                                                                             By his attorneys,

                                                                                            _____
                                                                                            Joshua S. Levy (BBO No. 563017)
                                                                                            Tracy E. Brown (BBO No. 660591)
                                                                                            Ropes & Gray LLP
                                                                                            One International Place
                                                                                            Boston, Massachusetts 02110-2624
                                                                                            (617) 951-7000
                                                                                            Joshua.levy@ropesgray.com
                                                                                            Tracy.brown@ropesgray.com

Dated: August 30, 2005