UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: GRAND JURY PROCEEDINGS v. )
    CORREIA et. al                              )    Docket No. 05-10206-MBB

## MOTION TO SEAL

The United States of America hereby respectfully moves the Court to seal the Government's Opposition to Ankur Srivastav's Emergency Motion for Release, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing grand jury investigation of this case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Jonathan F. Mitchell
Assistant United States Attorney

Richard Udell
Malinda Lawrence
Trial Attorneys
Environmental Crimes Section
United States Department of Justice

Dated: September 21, 2005